CO-386-online
10/03

# United States District Court
# For the District of Columbia

CORNERSTONE RESEARCH, INC.   )
353 Sacramento Street, 19th Floor   )
San Francisco, California 94111   )
                                    )
              Plaintiff             )   Civil Action No. 1:07-cv-00171-CKK
       vs                           )
                                    )
APPFORGE, INC.                      )
Tower Place 200, 3348 Peachtree Road, N.E., Suite 625   )
Atlanta, Georgia 30326              )
                                    )
              Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  CORNERSTONE RESEARCH, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CORNERSTONE RESEARCH, INC.  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/
Signature

DC Bar No. 424054, Federal Bar No. 09320      Niccolò N. Donzella
BAR IDENTIFICATION NO.                         Print Name

120 East Baltimore Street, Suite 2100
Address

Baltimore,   Maryland      21202
City         State         Zip Code

(410) 230-3800
Phone Number