THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC., :
:
Plaintiff, :
:
v. : Case No. 1:07-cv-00171-CKK
:
APPFORGE, INC. :
:
Defendant. :

## AFFIDAVIT OF SERVICE

I, Dorothy A. Reed, do solemnly affirm, under the penalties of perjury and upon personal knowledge, that the facts set forth herein are true:

1. I am over 18 years of age and am competent to testify to the facts set forth herein.

2. I am not a party to this action.

3. Plaintiff's Complaint (Breach of Contract, *Quantum Meruit*, Unjust Enrichment) and Summons, for the above matter filed herein were mailed via U.S. certified mail on January 25, 2007 to Graham Wood, Resident Agent, AppForge, Inc., 3348 Peachtree Road, Suite 625, Atlanta, Georgia 30326, and to Gary Warren, CEO, AppForge, Inc., 3348 Peachtree Road, Suite 625, Atlanta, Georgia 30326, and both were received on January 30, 2007. See return receipts attached.

_____
Dorothy A. Reed

STATE OF MARYLAND      )
                       ) to wit:
CITY OF BALTIMORE      )

I HEREBY CERTIFY that on the 12th day of February, 2007, before me, the subscriber, a notary public of the State of Maryland, in and for the County aforesaid, personally appeared Dorothy A. Reed, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained, and in my presence signed and sealed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal.

_____
Notary Public

My Commission expires:
DIANA M. FORD
NOTARY PUBLIC STATE OF MARYLAND
County of Anne Arundel
My Commission Expires June 1, 2007

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2007, a copy of the foregoing Affidavit of Service was mailed first class, postage prepaid, to:

>Graham Wood, Resident Agent
>AppForge, Inc.
>3348 Peachtree Road, Suite 625
>Atlanta, Georgia 30326

>Gary Warren, CEO
>AppForge, Inc.
>3348 Peachtree Road, Suite 625
>Atlanta, Georgia 30326

_____
Niccolò N. Donzella, Esq.
BAXTER, BAKER, SIDE, CONN & JONES, P.A.
120 East Baltimore Street
Baltimore, Maryland 21202
410-230-3802

affid service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Graham Wood, Resident Agent
   APPFORGE, INC.
   Suite 625, 3348 Peachtree Road
   Atlanta, Georgia 30326

2. Article Number
   (Transfer from service label)    7002 2410 0005 9363 7175

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  EWolf                    ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   E Wolfe

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985

---

UNITED STATES POSTAL SERVICE
ATLANTA GA 30
30 JAN 2007

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

   Baxter, Baker, Sidle, Conn & Jones, P.A.
   Attention: Niccolò N. Donzella
   120 East Baltimore Street, Suite 2100
   Baltimore, MD  21202

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Wolf_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _G Wolfe_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gary Warren, CEO<br>APPFORGE, INC.<br>Suite 625, 3348 Peachtree Road<br>Atlanta, Georgia 30326 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2410 0005 9363 7182 |

PS Form 3811, August 2001       Domestic Return Receipt       2ACPRI-03-Z-0985

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

Baxter, Baker, Sidle, Conn & Jones, P.A.
Attention: Niccolò N. Donzella
120 East Baltimore Street, Suite 2100
Baltimore, MD 21202