IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNERSTONE RESEARCH, INC., : <br> 353 Sacramento Street, 19th Floor : <br> San Francisco, California 94111 : <br>   : <br> Plaintiff, : <br>   : <br> v. : <br>   : <br> APPFORGE, INC. : <br> Tower Place 200 : <br> 3348 Peachtree Road, NE Suite 625 : <br> Atlanta, Georgia 30326 : <br>   : <br> Defendant. : | CASE NO. 1:07CV00171 (CKK) |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ITS ANSWER**

Defendant AppForge, Inc. ("AppForge"), by and through its undersigned counsel, hereby moves to extend the time to file its Answer to the Complaint filed in this case. In so doing, AppForge states as follows:

1. On January 24, 2007, Plaintiff Cornerstone Research, Inc. ("Cornerstone") filed its Complaint with this Court and served AppForge by certified mail, return receipt requested, with a copy of the Complaint.

2. AppForge's Answer is due for filing on February 20, 2007.

3. Cornerstone and AppForge have discussed this matter and have agreed to allow AppForge an additional *forty-five* days for AppForge to file its Answer to the Complaint, up to and through *April 6, 2007*.

4. This motion is made before the Answer is due for filing in this case.

1

WHEREFORE, Defendant AppForge, Inc. hereby requests that this Court grant its Consent Motion and enter an Order allowing Defendant to file its answer on or before **April 6, 2007**.

Respectfully submitted, this 20th day of February, 2007.


/s/ Anne Braucher
Anne Braucher
DC Bar No. 492422
DLA Piper US LLP
1900 Nineteenth Street, NW
Washington, DC 20036-2412

Telephone:   (202) 861-3900
Facsimile:   (202) 223-2085

ATTORNEYS FOR DEFENDANT
APPFORGE, INC.


SEEN AND CONSENTED TO:


/s/ Niccolò N. Donzella
Niccolò N. Donzella
DC Bar No. 424054, Federal Bar No. 09320
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202

Telephone:   (410) 230-3800
Facsimile:   (410) 230-3801

ATTORNEYS FOR PLAINTIFF
CORNERSTONE RESEARCH, INC.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that she served a copy of the foregoing Consent Motion to Extend Time for Defendant to File Its Answer to the following via U.S. Mail, postage prepaid, and electronic mail on February 20, 2007:

Niccolo Nunzio Donzella
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Baltimore, MD 21202
nnd@bbsclaw.com

                                                                     _/s/ Anne Braucher_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNERSTONE RESEARCH, INC.,<br>353 Sacramento Street, 19th Floor<br>San Francisco, California 94111<br><br>  Plaintiff,<br><br>v.<br><br>APPFORGE, INC.<br>Tower Place 200<br>3348 Peachtree Road, NE Suite 625<br>Atlanta, Georgia 30326<br><br>  Defendant. | :<br>:<br>:<br>:<br>:  CASE NO. 1:07CV00171 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Having considered the Consent Motion to Extend Time for the Defendant to File its Answer in this case, it is hereby ordered and adjudged that Defendant AppForge, Inc. shall have up to and through **April 6, 2007**, to file its Answer.

*It is so ordered*, this _____ day of February, 2007.

_____
The Honorable Colleen Kollar-Kotelly
Judge, United States District Court
The District of Columbia