UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC.,

    Plaintiff,

    v.

APPFORGE, INC.,

    Defendant.

Civil Action No. 07–171 (CKK)

**ORDER**
(July 2, 2007)

The Complaint in this case was filed on January 24, 2007.  The Defendant was served on January 30, 2007.  Defendant filed a consent motion for an extension of time to file an Answer, which the Court granted on March 6, 2007, such that Defendant's Answer was due by April 6, 2007.  No Answer or other response to the Complaint has been filed to date.  Plaintiff has also not taken any additional measures to prosecute this case.

Therefore, it is this 2nd day of July, 2007, hereby,

**ORDERED** that by no later than July 13, 2007, Plaintiff shall either file for default or take other appropriate action to prosecute this claim or the court shall dismiss it without prejudice for want of prosecution.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge