Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC.

    Plaintiff(s)

V.

Civil Action No. 07-171 CKK

APPFORGE, INC.

    Defendant(s)

RE: APPFORGE, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 30, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 10th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk