IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORNERSTONE RESEARCH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:07-CV-00171 CKK |
| | : | |
| APPFORGE, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## **REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

TO: CLERK OF THE COURT

Pursuant to Federal Rule of Civil Procedure, Rule 55(a)(1), Plaintiff Cornerstone Research, Inc. requests entry of a default judgment against Defendant AppForge, Inc. in the amount of $141,528.63, plus a *per diem* rate of $54.28 for each day after July 11, 2007 and, in support thereof states as follows:

1. On July 3, 2007, plaintiff applied for entry of default due to defendant's failure to answer, plead in or otherwise defend this action, supported by affidavit.

2. On July 10, 2007, default was entered against defendant based upon plaintiff's application.

3. Plaintiff now seeks entry of a default judgment in the amount of $141,528.63, plus a *per diem* rate of $54.28 for each day after July 11, 2007, which, as set forth in the attached affidavit, is a sum certain or a sum which can by computation be made certain.

4.  The defendant is not an infant, incompetent, or in the military service of the United States.

WHEREFORE, Plaintiff requests entry of default judgment against defendant in the amount of $141,528.63, plus a *per diem* rate of $54.28 for each day after July 11, 2007.

<div style="margin-left:40%">

Respectfully submitted,

<u>           /s/           </u>

Niccolò N. Donzella
DC Bar No. 424054, Federal Bar No. 09320
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 – voice
(410) 230-3801 – facsimile
***Attorney for Plaintiff***

</div>

Dated: July 11, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC.,            :
                                       :
            Plaintiff,                 :
                                       :
v.                                     :       Case No. 1:07-CV-00171 CKK
                                       :
APPFORGE, INC.                         :
                                       :
            Defendant.                 :
                                       :
                                       :

## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR ENTRY OF DEFAULT JUDGMENT

I, Greg Chadwick, hereby declare and state as follows:

1.  I am over the age of eighteen and competent to testify.

2.  The following is based on personal knowledge.

3.  I hold the position of Collection Manager at Plaintiff Cornerstone Research, Inc. and, among my duties is maintaining the company's records regarding its account with Defendant AppForge, Inc.

4.  Based upon my review of plaintiff's records, the amount justly due and owing plaintiff from defendant as of July 11, 2007 is $141,528.63, including the principal amount of $108,552.85 as of January 24, 2007; prejudgment interest accumulating on this amount at an annual rate of 18% which, as of July 11, 2007 totals $32,975.78 and accumulates thereafter at the *per diem* rate of $54.28; and $350.00 for the costs of filing the complaint and serving the defendant.

5.  Attached as Exhibit 1 is a true and accurate copy of invoices showing the principal amount of $108,552.85 owed as of January 24, 2007.

6.   Attached as Exhibit 2 is a true and accurate copy of the engagement letter pursuant to which services were provided to defendant, which provides that unpaid invoices are subject to an interest rate of 1.5% per month under the contract.

7.   Attached as Exhibit 3 is evidence of the costs plaintiff has incurred for filing the complaint and serving the defendant.

I solemnly affirm under the penalties of perjury that the contents of the foregoing declaration are true.

Dated: July 11, 2007

4

# CORNERSTONE RESEARCH

353 Sacramento Street, 19th Floor
San Francisco, CA 94111-3656
Tel 415.229.8100
Fax 415.229.8199
www.cornerstone.com

March 9, 2006

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326

Outstanding Balance Report as of 3/9/2006

Acct#   14180

Re:  AppForge, Inc. v. Extended Systems, Inc., et al.

| Invoice Number | Invoice Date | Days Outstanding | Invoice Amount | Payment Received | Balance Due |
|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 234 | 26,880.20 | - | 26,880.20 |
| 21090 | 9/14/2005 | 176 | 43,399.44 | - | 43,399.44 |
| 21517 | 10/10/2005 | 150 | 37,764.31 | - | 37,764.31 |
| 22298 | 12/7/2005 | 92 | 221.90 | - | 221.90 |
| 23264 | 2/14/2006 | 23 | 287.00 | - | 287.00 |
| | | Total | $108,552.85 | - | $108,552.85 |

Includes payments posted to your account through 3/9/2006

Please remit to:
Cornerstone Research
353 Sacramento St., 19th Floor
San Francisco, CA 94111
Telephone contact: Marcella Ramsey
(415) 229-8152
Payable Upon Receipt



EXHIBIT
1

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006
Tel 202.912.8900
Fax 202.912.8999
www.cornerstone.com

April 5, 2005

*Via Federal Express*

Mr. Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326

      **Re: AppForge v. Extended Systems, Inc. et al.**

Dear Mr. Wiles:

This engagement letter agreement ("Agreement") confirms that AppForge, Inc. ("AppForge") has retained Cornerstone Research ("Cornerstone") as a consultant in connection with the above-captioned matter. AppForge will be solely responsible for the payment of Cornerstone fees and expenses. The following paragraphs outline the terms and conditions of the engagement.

AppForge understands that, at this time, Cornerstone has reached no opinions in this matter, and cannot represent or guarantee any opinion in advance. Any opinions that Cornerstone develops during the course of its work will reflect its independent, professional judgment.

This Agreement documents the fact that Mary A. Woodford will provide expert testimony or a written report reflecting her analysis, opinions, and/or conclusions. Any consulting work provided by Cornerstone that does not relate to such testimony or report will be the subject of a separate retention letter.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC





### Terms and Conditions of the Engagement
### of Cornerstone Research Services

1. **Fees and Expenses** – Cornerstone will send monthly bills to AppForge at the following address:

   Mr. Ken Wiles
   AppForge, Inc.
   Tower Place 200
   3348 Peachtree Road, N.E. Suite 625
   Atlanta, GA 30326
   Phone: (678) 686-9000

   Cornerstone monthly bills will include its fees and expenses. The bills will provide a breakdown of the current billing rates in effect at that time and the hours billed by person. The bills will also include a brief description of daily tasks performed. Attached is a copy of Cornerstone's current billing rate schedule. Cornerstone updates its billing rates once a year in July to reflect increases in seniority, experience, and other relevant factors. Cornerstone's new billing rates will appear on the first invoice following any updates made. Cornerstone bills will also include expenses, listed by category. Expense categories will include: data acquisition; data and document management (e.g., data entry, document logging, graphic exhibit preparation); photocopy; computer costs; telephone; postage; travel, meals (for travel, weekends, late-nights and client/expert meetings) and other expenses incurred on behalf of AppForge.

2. **Scope of Work** – The scope of work covered by this Agreement will be determined by agreement between AppForge and Cornerstone. AppForge may set budget guidelines in writing with reasonable advance notice for Cornerstone's work. Cornerstone will endeavor to work within such guidelines. AppForge recognizes that factors may arise in the course of the litigation that will change the scope of Cornerstone Research's work. As a result, the original budget guidelines may no longer apply.

3. **Payment** – Cornerstone has always endeavored to deliver consulting services in a timely fashion; in return, Cornerstone requests that upon receipt of its bills, AppForge review the bills at that time to determine if there are any questions or comments. If so, Cornerstone expects to be contacted in a timely fashion to address any questions or concerns. If not, then AppForge agrees to pay Cornerstone immediately upon receipt of the monthly bills. In the event invoices remain unpaid after sixty (60) days, AppForge also agrees to pay Cornerstone a retroactive finance charge of one-and-one-half percent (1.5%) per

month on balances unpaid after thirty (30) days and agrees to pay the cost of
collection, including but not limited to reasonable attorney's fees. Cornerstone
reserves the right to suspend all work on this engagement if AppForge's account
becomes delinquent beyond sixty (60) days. AppForge understands that this
means, in the event the account is delinquent, Cornerstone may cease all work
and, as a result, work in progress (including making people available for
deposition and trial and completing written reports) will be halted and may never
be completed.

AppForge agrees to pay Cornerstone the full amount due, regardless of the
outcome of this litigation and regardless of the availability of any insurance for
such payments, or success or failure in obtaining reimbursement for such
payments from any insurance. Cornerstone prepares its bills in accordance with
this agreement and does not anticipate discounting its bills at a later date.

4.   **Termination by Cornerstone Research** – Cornerstone may terminate its work
if it believes that AppForge is requesting that it take actions or positions that it
believes to be improper. Cornerstone further reserves the right to terminate its
work in circumstances where a conflict of interest arises and is not waived by a
necessary party or is not waivable. If there were to be such a termination,
AppForge would remain liable for all unpaid charges for services provided and
costs incurred.

5.   **Conflict Check** – Cornerstone has undertaken a reasonable review of its records
to determine Cornerstone's direct professional relationships with persons or
entities identified by AppForge for Cornerstone that are parties to the above-
listed litigation. Cornerstone has disclosed, where permitted, the results of this
review.

6.   **Document Disposition** – At the close of this engagement, AppForge agrees to
contact Cornerstone to discuss the appropriate disposition of documents that
were produced by the parties to the litigation and are in Cornerstone's
possession. At the request of AppForge, Cornerstone will store, discard or
return the documents; AppForge agrees to reimburse Cornerstone for the time
and expense of doing so.

7.   **Confidentiality** – It is Cornerstone's policy to treat all documents and
information received from AppForge during an engagement as confidential
("Confidential Client Information"). Cornerstone agrees to take reasonable steps
to protect the confidentiality of such documents and information. This
obligation will not cover documents and information that (a) Cornerstone has

developed independently without the use of Confidential Client Information; (b) are or become part of the public domain (other than as a result of a breach by Cornerstone of its obligation under this paragraph); (c) are already known to Cornerstone at the time it receives them from the client; (d) are given to Cornerstone by a third party not known to have a confidentiality agreement with AppForge; or (e) are required to be disclosed pursuant to a validly issued order of a court or government agency. Cornerstone will make reasonable efforts to inform AppForge of such orders immediately, and Cornerstone will not interfere with legal remedies AppForge may pursue to prevent or limit disclosure.

8.  **Limitation of Liability** – AppForge agrees that they shall not hold Cornerstone liable or responsible for any claims, liabilities, damages or expenses arising out of, or relating to, the above-captioned litigation or this Agreement, except to the extent that any of the foregoing results solely from the gross negligence or bad faith conduct of Cornerstone.

9.  **Governing Law** – This Agreement shall be construed in accordance with the domestic laws of the State of Virginia.

10. **Entire Agreement** – This Agreement, together with any exhibits attached hereto, constitutes the entire agreement between the parties with respect to the above-captioned matter.

11. **Deemed Acceptance** – If AppForge should request that Cornerstone commence work or otherwise provide assistance before executing this Agreement, that request shall be deemed acceptance of and agreement to the terms contained herein.

If this Agreement meets with your approval, please indicate your acceptance by signing below and mailing this document back to me. If you have any questions, I would be pleased to discuss them with you.

Regards,

Mary A. Woodford
Vice President

MAW/hjw

Enclosure

**AppForge, Inc.**

By: _____

Title: _____

Date: _____

# Fee Schedule Effective July 1, 2004

| Title/ Level | Hourly Rate |
|---|---|
| Officer | $365 – $650 |
| Principal | $300 – $400 |
| Manager/ Senior Manager | $280 – $340 |
| Associate | $230 – $290 |
| Research Associate | $180 – $240 |
| Senior Analyst | $155 – $200 |
| Analyst | $100 – $180 |
| Information Specialist | $170 – $195 |
| Graphics Specialist | $150 – $185 |
| Computer Systems Specialist | $130 – $215 |
| Research Assistant | $50 – $110 |
| Project Administrator | $75 – $100 |
| Administrative Support | $60 – $85 |

Court Name: District of Columbia
Division: 1
Receipt Number: 4616001025
Cashier ID: lwebb
Transaction Date: 01/24/2007
Payer Name: Baxter Baker Side Conn Jones
------------------------------------
CIVIL FILING FEE
  For: Baxter Baker Side Conn Jones
  Amount:      $350.00
------------------------------------
CHECK
  Check/Money Order Num: 013991
  Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-0171


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.



EXHIBIT
3