IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC.,     :
                                     :
           Plaintiff,           :
                                     :
v.                                  :     Case No. 1:07-CV-00171 CKK
                                     :
APPFORGE, INC.               :
                                     :
           Defendant.       :
                                     :
                                     :

## RESPONSE TO MINUTE ORDER OF JULY 16, 2007 RE: SUBMISSION OF ADDITIONAL INFORMATION RELATING TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

On July 16, 2007, this Court issued a Minute Order directing plaintiff to provide the following information in support of its Request for Entry of Default Judgment:

> In order to properly consider Plaintiff's pending Motion for Default Judgment, the Court requires Plaintiff to file the following information with the Court by July 27, 2007: (1) A copy of the letter of agreement including the signature of the Defendant, as Defendant's signature is presently not reflected on the document (Exhibit 2 to Plaintiff's Motion for Default Judgment); (2) The calculation on the principal owed of the 1.5% per month interest on all unpaid balances reflected in the letter of agreement.

*Id.* Plaintiff, by counsel, hereby states as follows:

1. With respect to Item 1, plaintiff does not have a copy of the engagement letter signed by defendant. However, defendant, by its actions, accepted those terms. *Kramer Associates, Inc. v. Ikam, Ltd.*, 888 A.2d 247, 252 (D.C. 2005) (absence of signature on proposed contract does not invalidate potential agreement, as meeting of minds also may be shown by parties' actions); *Davis v. Winfield*, 664 A.2d 836, 838 (D.C. 1995) ("The purpose of a signature is simply to demonstrate mutual assent to a

contract but that may be shown instead, or in addition, by the conduct of the parties.").

    2. After receiving the engagement letter, defendant ordered services from plaintiff without objection to the terms set forth in the letter.  Plaintiff then billed defendant for those services at the hourly rate stated therein using an invoice form that, like the engagement letter, provided for an interest rate of 1.5% per month (18% *per annum*) for outstanding balances over sixty days past due.  Six such invoices were submitted between June 2005 and February 2006.  Defendant paid the first invoice without objection to the invoice terms, but failed to pay any of the others.  (Affidavit of Greg Chadwick, ¶ 4, attached hereto as Exhibit 1.)

    3. The five unpaid invoices come to $108,552.85, which forms the principal amount due and owing.  In a March 9, 2006 letter, plaintiff demanded payment of the $108,552.85 due, and in a March 14, 2006 e-mail, defendant acknowledged its debt and the accuracy of the amount due.  (This correspondence was attached to the complaint as Exhibits 1 and 2, and are attached hereto as Exhibit 2.)

    4. Plaintiff has calculated the interest due under the terms of the invoices at $32,503.68 as of July 10, 2007 with a *per diem* of $53.55.   (Exh. 1, Affidavit of Greg Chadwick, ¶ 5 and Attachment 2.)

    5. In the alternative to the contract interest rate set forth above, plaintiff is entitled to pre-judgment interest at the legal rate based upon defendant's March 14, 2006 acknowledgement that it owed $108,552.85, which renders that sum a liquidated debt. As the District of Columbia Court of Appeals has said:

> "the evaluation of whether D.C. Code § 15-108 requires an award of prejudgment interest is not limited to determining whether such interest is authorized by the underlying contract. D.C. Code § 15-108 also mandates the award of prejudgment interest on a liquidated debt if such interest is payable

"by law or usage." We have said that this statute providing for pre-judgment interest is remedial and should be generously construed so that the wronged party can be made whole. The important question is whether the plaintiff has been deprived of the use of the money withheld and should be compensated for the loss. Prejudgment interest is not meant to punish a defendant. Id. However, where the plaintiff has lost use of his money, a denial of pre-judgment interest would deny full compensation to the [plaintiff] while allowing the recalcitrant party to take advantage of his own wrong and become the richer for it.

*Bragdon v. Twenty-Five Twelve Assocs. L.P.*, 856 A.2d 1165, 1171 (D.C. 2004) (*internal citations omitted*). Plaintiff has been denied the use of money owed and duly earned. As indicated above, the amount owed is liquidated, clearly identifiable, and indisputable. Therefore, prejudgment interest should be awarded at the legal rate of six percent *per annum*, which comes to $10,834.56 with a *per diem* of $17.85. D.C. Code § 28-3302. *See District of Columbia v. Pierce Associates, Inc.*, 527 A.2d 306, 310 (D.C. 1987) ("when the rate of interest has not been specified in the contract, courts in this jurisdiction have without exception limited it to the statutory rate provided in D.C. Code § 28-3302.") A calculation of pre-judgment interest at 6% is attached to Mr. Chadwick's Affidavit as Attachment 3. Plaintiff also is entitled to post-judgment interest at 6 % *per annum*. D.C. Code § 15-109 (2005) and D.C. Code § 28-3302.

WHEREFORE, Plaintiff requests entry of default judgment against defendant in the principal amount of $108,552.85, plus $350 in costs, plus interest on the principal amount at either (1) the contract rate of 1.5% per month equaling $32,503.68 as of July 10, 2007 with a *per diem* of $53.55 for each day thereafter, or (2) prejudgment interest at the legal rate of 6% per year equaling $ 10,834.56 as of July 10, 2007, with a *per diem* rate of $17.85. Plaintiff also requests post-judgment interest.

Respectfully submitted,

_____/s/_____
Niccolò N. Donzella
DC Bar No. 424054, Federal Bar No. 09320
Baxter, Baker, Sidle, Conn & Jones, P.A.
120 East Baltimore Street
Suite 2100
Baltimore, Maryland 21202
(410) 230-3800 – voice
(410) 230-3801 – facsimile
***Attorney for Plaintiff***

Dated: July 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNERSTONE RESEARCH, INC.,    :
                             :
        Plaintiff,          :
                             :
v.                            :      Case No. 1:07-CV-00171 CKK
                             :
APPFORGE, INC.             :
                             :
        Defendant.      :
                             :
                             :

## AFFIDAVIT OF GREG CHADWICK

I, Greg Chadwick, hereby declare and state as follows:

1. I am over the age of eighteen and competent to testify.

2. The following is based on personal knowledge.

3. I hold the position of Collection Manager at Plaintiff Cornerstone Research, Inc. and, among my duties is maintaining the company's records regarding its account with Defendant AppForge, Inc.

4. After receiving the engagement letter, defendant ordered services from plaintiff without objection to the terms set forth in the letter. Plaintiff then billed defendant for those services at the hourly rate stated therein using an invoice form that provided for an interest rate of 1.5% per month (18% *per annum*) for outstanding balances over sixty days past due. Six such invoices were submitted between June 2005 and February 2006. Defendant paid the first invoice without objection to the invoice terms, but failed to pay any of the others, leaving an outstanding balance of $108,552.85 that is over sixty days overdue. True and accurate copies of the five unpaid invoices are included here as Attachment 1.

EXHIBIT

1

5. Under the terms of the invoices, interest of 1.5% per month is due on outstanding balances over sixty days past due.   Attachment 2 hereto is a spreadsheet showing my calculation of the interest due on the outstanding balance at 1.5% per month on each invoice, which comes to a total of $32,503.68 as of July 10, 2007 with a total *per diem* of $53.55.   The spreadsheet also breaks out the interest and *per diem* for each invoice separately.

6. Based upon the foregoing analysis, the amount justly due and owing plaintiff from defendant as of July 10, 2007 is $141,056.53, including the principal amount of $108,552.85, prejudgment interest of $32,503.68 as of July 10, 2007, and $53.55 per day thereafter, plus $350.00 for the costs of filing the complaint and serving the defendant.

7. Attachment 3 is my calculation of interest due on each of the unpaid invoices at the legal rate of six *per cent*, which comes to a total interest due of $ 10,834.56 with a *per diem* of $17.85.

8. Attachment 3 is evidence of the costs plaintiff has incurred for filing the complaint and serving the defendant.

I solemnly affirm under the penalties of perjury that the contents of the foregoing declaration are true.

Greg Chadwick

Dated: July 26, 2007

6

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

July 15, 2005

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Dear Ken:

Please find enclosed the invoice for fees and expenses incurred through June in the *AppForge, Inc. v. Extended Systems, Inc. et al.* matter.

If you would like to discuss this further, please do not hesitate to call.

Sincerely,

Mary Woodford
Vice President

Enclosure

CC:     Robert T. Cahill, Esq.
        Cooley Godward LLP
        One Freedom Square
        11951 Freedom Drive
        Reston, VA  20190-5656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
**ATTACHMENT 1**     Washington, DC

# CORNERSTONE RESEARCH

July 11, 2005
Invoice # 1418020144

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:  AppForge, Inc. v. Extended Systems, Inc. et al.**

PROFESSIONAL FEES AND EXPENSES
JUNE 2005

**14180.01-**

| | |
|---|---|
| Professional Fees | $ 4,182.00 |
| Expenses | $ 32.00 |
| **Sub-Total** | **$ 4,214.00** |

**14180.02-**

| | |
|---|---|
| Professional Fees | $ 22,455.00 |
| Expenses | $ 211.20 |
| **Sub-Total** | **$ 22,666.20** |

| | |
|---|---|
| **Grand Total for All Matters** | **$ 26,880.20** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

July 11, 2005
Invoice # 1418020144

**1875 K Street, N.W., Suite 600**
**Washington, DC 20006-1216**
**Tel  202 912 8900**
**Fax  202 912 8999**
**www.cornerstone.com**

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:  AppForge, Inc. v. Extended Systems, Inc. et al.**

PROFESSIONAL FEES AND EXPENSES
JUNE 2005

**14180.01-**

| | |
|---|---|
| Professional Fees | $  4,182.00 |
| Expenses | $  32.00 |
| **Sub-Total** | **$  4,214.00** |

**14180.02-**

| | |
|---|---|
| Professional Fees | $  22,455.00 |
| Expenses | $  211.20 |
| **Sub-Total** | **$  22,666.20** |

| | |
|---|---|
| **Grand Total for All Matters** | **$  26,880.20** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CORNERSTONE RESEARCH

APPFORGE, INC.
JUNE 2005
PROFESSIONAL FEES

|  | Hours | Rate | Fees |
|---|---|---|---|
| Mary Woodford<br>Vice President | 15.70 | $410.00 | $6,437.00 |
| Barbara Alexander<br>Senior Manager | 28.50 | $325.00 | $9,262.50 |
| Ngan Dinh<br>Senior Analyst | 62.50 | $175.00 | $10,937.50 |
| Total Fees |  |  | $26,637.00 |

CORNERSTONE RESEARCH

APPFORGE, INC.
JUNE 2005
EXPENSES

| | |
|---|---|
| Data and Document Management | $32.00 |
| Photocopies | $30.00 |
| Federal Express | $116.37 |
| Telephone | $64.83 |
| Total | $243.20 |

CORNERSTONE RESEARCH

*Time Detail*

*Mary Woodford*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 06/01/05 | Reviewed selected documents received from ESI. | 0.20 |
| 06/03/05 | Reviewed status and plans with staff. | 1.20 |
| 06/06/05 | Responded to counsel inquiry; teleconference with counsel; reviewed next steps with staff. | 2.70 |
| 06/14/05 | Reviewed information received from counsel; teleconference with counsel; directed staff. | 0.30 |
| 06/15/05 | Teleconference with counsel; reviewed information received; followed up with staff. | 1.90 |
| 06/16/05 | Oulined report; teleconference with counsel. | 3.60 |
| 06/17/05 | Reviewed status and plans with staff. | 0.30 |
| | **Total Hours:** | **10.20** |

CORNERSTONE RESEARCH

*Time Detail*

---

**Mary Woodford**
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.**
**14180.02-**

| Date | Activity | Hours |
|------|----------|-------|
| 06/20/05 | Reviewed status and directed staff work. | 0.20 |
| 06/21/05 | Reviewed staff analysis of damages information received; reviewed additional information received from counsel;  direct staff analysis; teleconference  with counsel re: respondent's production. | 1.80 |
| 06/22/05 | Reviewed staff analysis and ESI data;  teleconference  with counsel and follow up. | 2.30 |
| 06/23/05 | Conference call with counsel; reviewed next steps. | 1.00 |
| 06/28/05 | Teleconference with counsel. | 0.10 |
| 06/29/05 | Reviewed information received from counsel. | 0.10 |
| | **Total Hours:** | **5.50** |

CORNERSTONE RESEARCH

*Time Detail*

---

**Barbara J. Alexander**
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.**
**14180.02-**

| Date | Activity | Hours |
|------|----------|-------|
| 06/01/05 | Reviewed ESI production.  Discussed issues with M. Woodford and N. Dinh. | 1.25 |
| 06/02/05 | Reviewed ESI production and worked with analyst on summary of royalty and sales information. | 6.50 |
| 06/03/05 | Reviewed ESI royalty and sales records. Discussed with analyst, M. Woodford, and counsel. | 6.00 |
| 06/06/05 | Discussed production of royalty and sales records with M. Woodford and with counsel. | 0.75 |
| 06/15/05 | Discussed case with team and reviewed new material. | 0.75 |
| 06/17/05 | Reviewed new ESI sales data. | 0.75 |
| 06/20/05 | Reviewed new materials and developed analysis with team. | 1.25 |
| 06/21/05 | Reviewed materials.  Discussed with M. Woodford and N. Dinh. | 4.00 |
| 06/22/05 | Worked on analysis of ESI transactions.  Discussed with team. | 6.00 |
| 06/23/05 | Prepared for and participated in call with counsel. | 1.25 |
| | **Total Hours:** | **28.50** |

CORNERSTONE RESEARCH

*Time Detail*

*Ngan Dinh*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.*
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 06/01/05 | Reviewed ESI data. | 8.50 |
| 06/02/05 | Worked on sales, revenue, and royalty data for ESI. | 8.00 |
| 06/14/05 | Processed new ESI data to review. | 4.50 |
| 06/15/05 | Worked on ESI data. | 8.50 |
| 06/16/05 | Worked on ESI Invoice data. | 8.50 |
| 06/17/05 | Worked on ESI invoice data. | 2.00 |
| 06/20/05 | Reviewed ESI royalty data. | 1.00 |
| 06/21/05 | Reviewed ESI data on revenues and royalty. | 11.00 |
| 06/22/05 | Worked on preliminary calculations for ESI royalty. | 8.00 |
| 06/23/05 | Attended a conference call and prepared materials for replication codes. | 2.50 |
| | **Total Hours:** | **62.50** |

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

September 14, 2005

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Dear Mr. Wiles:

Please find enclosed the invoice for fees and expenses incurred through August in the *AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.* matter.

If you would like to discuss this further, please do not hesitate to call.

Sincerely,

Mary Woodford
Vice President

Enclosure

CC:     Robert T. Cahill, Esq.
        Cooley Godward LLP
        One Freedom Square
        11951 Freedom Drive
        Reston, VA  20190-5656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

September 14, 2005
Invoice # 1418021090

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Re:   **AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
AUGUST 2005

**14180.01-**

| | | |
|---|---|---|
| Professional Fees | $ | 1,845.00 |
| Expenses | $ | 0.15 |
| **Sub-Total** | **$** | **1,845.15** |

**14180.02-**

| | | |
|---|---|---|
| Professional Fees | $ | 41,549.25 |
| Expenses | $ | 5.04 |
| **Sub-Total** | **$** | **41,554.29** |

| | | |
|---|---|---|
| **Grand Total for All Matters** | **$** | **43,399.44** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

September 14, 2005
Invoice # 1418021090

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:  AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
AUGUST 2005

**14180.01-**

| | |
|---|---|
| Professional Fees | $  1,845.00 |
| Expenses | $  0.15 |
| **Sub-Total** | **$  1,845.15** |

**14180.02-**

| | |
|---|---|
| Professional Fees | $  41,549.25 |
| Expenses | $  5.04 |
| **Sub-Total** | **$  41,554.29** |
| **Grand Total for All Matters** | **$  43,399.44** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.
                    ***REMITTANCE COPY***

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CORNERSTONE RESEARCH

APPFORGE, INC.
AUGUST 2005
PROFESSIONAL FEES

|  | Hours | Rate | Fees |
|---|---|---|---|
| Mary Woodford<br>Vice President | 40.30 | $410.00 | $16,523.00 |
| Christopher Antunes<br>Senior Analyst | 4.75 | $185.00 | $878.75 |
| Ngan Dinh<br>Senior Analyst | 102.75 | $185.00 | $19,008.75 |
| Scotland Duncan<br>Senior Analyst | 37.75 | $185.00 | $6,983.75 |
| Total Fees |  |  | $43,394.25 |

CORNERSTONE RESEARCH

APPFORGE, INC.
AUGUST 2005
EXPENSES

| | |
|---|---|
| Photocopies | $0.15 |
| Telephone | $5.04 |
| Total | $5.19 |

CORNERSTONE RESEARCH

*Time Detail*

*Mary Woodford*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 08/18/05 | Teleconference with counsel and follow up regarding June 17 production. | 2.90 |
| 08/29/05 | Reviewed backup with staff; teleconference with counsel; compiled backup and forwarded to counsel. | 1.60 |
| | **Total Hours:** | **4.50** |

# CORNERSTONE RESEARCH

*Time Detail*

*Mary Woodford*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 08/02/05 | Exchanged messages with counsel. | 0.10 |
| 08/04/05 | Exchanged messages with counsel; teleconferences with counsel. | 0.40 |
| 08/09/05 | Reviewed information received from counsel; updated staff on plans. | 0.20 |
| 08/12/05 | Reviewed information received from counsel; teleconference with counsel; directed staff. | 2.40 |
| 08/15/05 | Reviewed information received from counsel; teleconferences with counsel; directed staff. | 2.80 |
| 08/16/05 | Reviewed staff analysis; teleconference with counsel and follow up. | 1.40 |
| 08/17/05 | Reviewed damages analysis; teleconferences with counsel and follow up; worked on report. | 4.40 |
| 08/18/05 | Reviewed staff analysis; left messages for counsel. | 0.50 |
| 08/19/05 | Directed staff analysis; worked on expert report; teleconference with counsel. | 2.30 |
| 08/22/05 | Reviewed status and plans with staff; teleconference with counsel. | 1.00 |
| 08/23/05 | Review next step; information received from counsel. | 0.50 |
| 08/24/05 | Reviewed staff analysis, and discussed next steps with staff; teleconference with counsel; worked on report. | 6.10 |
| 08/25/05 | Reviewed damages analysis; teleconference with counsel; worked on expert report. | 6.80 |
| 08/26/05 | Worked on expert report and exhibits. | 6.90 |
| | **Total Hours:** | **35.80** |

CORNERSTONE RESEARCH

*Time Detail*

*Scotland Duncan*
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 08/22/05 | Introduced to case.  Reviewed draft of report. | 0.50 |
| 08/23/05 | Wrote code to create master invoice and license data set.  Prepared preliminary summary statistics of the data. | 8.00 |
| 08/24/05 | Calculated unpaid royalties and prepared exhibits. | 8.75 |
| 08/25/05 | Prepared summary statistics of the data sets.  Continued work on the calculation of unpaid royalties. | 9.50 |
| 08/26/05 | Prepared final data sets.  Created exhibits for the report.  Fact checked results for accuracy. | 10.25 |
| 08/29/05 | Met with case team.  Organized the LAN. | 0.75 |
| | **Total Hours:** | **37.75** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Christopher Antunes*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 08/16/05 | Reviewed and organized data. | 2.00 |
| 08/17/05 | Reviewed and organized data. | 1.75 |
| 08/18/05 | Reviewed and organized data. | 1.00 |
| | **Total Hours:** | **4.75** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Ngan Dinh*
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 08/12/05 | Worked on new data analyses. | 8.50 |
| 08/13/05 | Updated royalty calculations. | 1.00 |
| 08/14/05 | Updated royalty calculations. | 6.50 |
| 08/15/05 | Continued on royalty calculation and helped with preparation for expert report. | 10.50 |
| 08/16/05 | Prepared calculations for expert report.  Reviewed data sent on 6/20/05. | 7.50 |
| 08/17/05 | Consolidated invoice and license data. | 7.50 |
| 08/18/05 | Review data and documents. Continue with preparation for report. | 6.25 |
| 08/19/05 | Helped with report preparation and information for clients to send to AAA. Worked on master dataset. | 8.25 |
| 08/22/05 | Worked with new analyst, prepared master dataset of invoice and license data. | 6.75 |
| 08/23/05 | Worked on 6/20 data and prepared master dataset. | 6.50 |
| 08/24/05 | Helped with analyses in expert report. | 9.75 |
| 08/25/05 | Helped with preparing for analyses in expert report. | 11.00 |
| 08/26/05 | Finished analyses in expert report. | 11.50 |
| 08/29/05 | Discussed and prepared documents for expert back-up. | 1.25 |
| | **Total Hours:** | **102.75** |

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

October 10, 2005

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Dear Mr. Wiles:

Please find enclosed the invoice for fees and expenses incurred through September in the *AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al. (;)* matter.

If you would like to discuss this further, please do not hesitate to call.

Sincerely,

Mary Woodford
Vice President

Enclosure

CC:    Robert T. Cahill, Esq.
       Cooley Godward LLP
       One Freedom Square
       11951 Freedom Drive
       Reston, VA  20190-5656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

October 10, 2005
Invoice # 1418021517

Tax I.D. #94-3092543

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Re:  **AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
SEPTEMBER 2005

**14180.01-**

| | |
|---|---|
| Professional Fees | $  14,187.00 |
| Expenses | $  3.15 |
| **Sub-Total** | **$  14,190.15** |

**14180.02-**

| | |
|---|---|
| Professional Fees | $  23,553.75 |
| Expenses | $  20.41 |
| **Sub-Total** | **$  23,574.16** |

| | |
|---|---|
| **Grand Total for All Matters** | **$  37,764.31** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

October 10, 2005
Invoice # 1418021517

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:    AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
SEPTEMBER 2005

**14180.01-**

| | |
|---|---|
| Professional Fees | $  14,187.00 |
| Expenses | $  3.15 |
| **Sub-Total** | **$  14,190.15** |

**14180.02-**

| | |
|---|---|
| Professional Fees | $  23,553.75 |
| Expenses | $  20.41 |
| **Sub-Total** | **$  23,574.16** |

| | |
|---|---|
| **Grand Total for All Matters** | **$  37,764.31** |

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

*REMITTANCE COPY*

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CORNERSTONE RESEARCH

APPFORGE, INC.
SEPTEMBER 2005
PROFESSIONAL FEES

|  | Hours | Rate | Fees |
|---|---|---|---|
| Mary Woodford<br>Vice President | 54.70 | $410.00 | $22,427.00 |
| Karin Tuerlinckx<br>Manager | 11.75 | $305.00 | $3,583.75 |
| Ngan Dinh<br>Senior Analyst | 49.25 | $185.00 | $9,111.25 |
| Jessica Doerr<br>Senior Analyst | 0.25 | $185.00 | $46.25 |
| Scotland Duncan<br>Senior Analyst | 0.50 | $185.00 | $92.50 |
| Rachel Ulmer<br>Analyst | 15.50 | $160.00 | $2,480.00 |
| Total Fees |  |  | $37,740.75 |

CORNERSTONE RESEARCH

APPFORGE, INC.
SEPTEMBER 2005
EXPENSES

| | |
|---|---|
| Photocopies | $3.15 |
| Telephone | $20.41 |
| Total | $23.56 |

CORNERSTONE RESEARCH

*Time Detail*

**Mary Woodford**
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,**
**et al.**
**14180.01-**

| Date | Activity | Hours |
|------|----------|-------|
| 09/12/05 | Reviewed pre-hearing statements, opposing expert report; teleconference with counsel. | 3.90 |
| 09/13/05 | Reviewed Ip report, pre-hearing statements. | 2.30 |
| 09/15/05 | Summary of ESI production history and prejudice to AppForge; teleconference with counsel. | 3.10 |
| 09/16/05 | Reviewed license agreements; updated exhibit list. | 2.10 |
| 09/19/05 | Reviewed ESI financial information; directed staff analysis. | 1.70 |
| 09/20/05 | Reviewed ESI financial information, and prepared questions for hearing. | 0.70 |
| 09/21/05 | Teleconference with counsel and follow up. | 0.40 |
| 09/23/05 | Teleconferences with counsel and follow up. | 0.50 |
| 09/25/05 | Met with counsel and follow up. | 4.00 |
| 09/27/05 | Worked on lost profits report. | 1.00 |
| | **Total Hours:** | **19.70** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Karin Tuerlinckx*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/25/05 | Discussed case and data needs with M. Woodford. | 0.50 |
| 09/26/05 | Worked on data request with client. Reviewed data summaries. Discussed data issues with M. Woodford. | 9.25 |
| 09/27/05 | Discussed analysis with M. Woodford. Reviewed analysis. | 2.00 |
| | **Total Hours:** | **11.75** |

CORNERSTONE RESEARCH

*Time Detail*

*Jessica Doerr*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/26/05 | Performed quality control on spreadsheets. | 0.25 |
| | **Total Hours:** | **0.25** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Rachel Ulmer*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/19/05 | Reviewed accounting documents to analyze profitability of products. | 6.25 |
| 09/20/05 | Reviewed accounting documents to analyze profitability of products.  Helped prepare arbitration questions. | 5.00 |
| 09/21/05 | Worked on analysis of financial documents. | 0.50 |
| 09/26/05 | Checked analysis for accuracy.  Prepared statement of operations analysis. | 2.75 |
| 09/27/05 | Worked on analysis. | 1.00 |
| | **Total Hours:** | **15.50** |

CORNERSTONE RESEARCH

*Time Detail*

---

**Mary Woodford**
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.*
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/14/05 | Prepared for and teleconference with counsel; direct staff analysis; prepared for arbitration. | 6.30 |
| 09/15/05 | Prepared questions for arbitration; discussed with counsel. | 6.40 |
| 09/16/05 | Continued to prepare questions for arbitration; teleconference with counsel. | 0.70 |
| 09/17/05 | Reviewed new information produced by ESI. | 1.80 |
| 09/18/05 | Reviewed new information produced by ESI; teleconference with counsel. | 1.00 |
| 09/19/05 | Reviewed new information produced by ESI; teleconference with counsel. | 1.60 |
| 09/20/05 | Reviewed new information produced by ESI, and prepared questions for hearing. | 4.70 |
| 09/22/05 | Reviewed supplemental Ip report, teleconference with counsel. | 6.30 |
| 09/23/05 | Reviewed new information received from ESI, and directed staff analysis; further review of new information produced by ESI. | 4.00 |
| 09/27/05 | Worked on supplemental lost royalties report. | 2.20 |
| | **Total Hours:** | **35.00** |

CORNERSTONE RESEARCH

*Time Detail*

*Scotland Duncan*
**Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/20/05 | Cross-referenced existing SKU data with new data provided by client. | 0.50 |
| | **Total Hours:** | **0.50** |

CORNERSTONE RESEARCH

*Time Detail*

*Ngan Dinh*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc.,*
*et al.*
*14180.02-*

| Date | Activity | Hours |
|------|----------|-------|
| 09/13/05 | Worked on XCMO data. | 2.00 |
| 09/14/05 | Prepared for expert hearing. | 4.50 |
| 09/15/05 | Prepared hearing analyses. | 6.75 |
| 09/16/05 | Worked on XCMO license data. | 3.00 |
| 09/18/05 | Reviewed Sync reconciliation data. | 2.50 |
| 09/19/05 | Reviewed and compared new seat count and invoice data. | 6.00 |
| 09/20/05 | Helped with preparing hearing questions. | 3.00 |
| 09/22/05 | Helped with seat count data understanding. | 2.00 |
| 09/23/05 | Prepared analyses for reply report. | 7.00 |
| 09/25/05 | Prepared data for reply report. | 1.00 |
| 09/26/05 | Prepared lost sales and royalty calculations for report. | 9.50 |
| 09/27/05 | Prepared analyses for supplemental report. | 2.00 |
| | **Total Hours:** | **49.25** |

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

December 7, 2005

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

> **Re:**  **AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

Dear Mr. Wiles:

Please find enclosed our invoice number 22298 for fees and expenses incurred through November in the *AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al. (; )* matter.

If you would like to discuss this further, please do not hesitate to call.

Sincerely,


Mary Woodford
Vice President

Enclosure

CC:    Robert T. Cahill, Esq.
       Cooley Godward LLP
       One Freedom Square
       11951 Freedom Drive
       Reston, VA  20190-5656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

December 7, 2005
Invoice # 1418022298

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:** **AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
NOVEMBER 2005

**Grand Total for All Matters**          **$  221.90**

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

December 7, 2005
Invoice # 1418022298

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

**Re:**  **AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.**

PROFESSIONAL FEES AND EXPENSES
NOVEMBER 2005

**Grand Total for All Matters**          **$  221.90**

PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656

Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

***REMITTANCE COPY***

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CORNERSTONE RESEARCH

APPFORGE, INC.
NOVEMBER 2005
EXPENSES

| | |
|---|---:|
| Miscellaneous | $204.00 |
| Telephone | $17.90 |
| Total | $221.90 |

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

February 14, 2006

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

> **Re:   AppForge, Inc. v. Extended Systems, Inc. et al.**

Dear Mr. Wiles:

Please find enclosed the invoice #23264 for fees and expenses incurred through January in the *AppForge, Inc. v. Extended Systems, Inc. et al.* matter.

If you would like to discuss this further, please do not hesitate to call.

Sincerely,

Mary Woodford
Vice President

Enclosure

CC:    Robert T. Cahill, Esq.
        Cooley Godward LLP
        One Freedom Square
        11951 Freedom Drive
        Reston, VA  20190-5656

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

February 14, 2006
Invoice # 1418023264

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Tax I.D. #94-3092543


Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326


**Re:   AppForge, Inc. v. Extended Systems, Inc. et al.**


PROFESSIONAL FEES AND EXPENSES
JANUARY 2006

**14180.01-**

| | |
|---|---|
| Professional Fees | $  287.00 |
| Expenses | $  0.00 |
| **Sub-Total** | **$  287.00** |
| **Grand Total for All Matters** | **$  287.00** |


PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656


Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

# CORNERSTONE RESEARCH

February 14, 2006
Invoice # 1418023264

1875 K Street, N.W., Suite 600
Washington, DC 20006-1216
Tel  202 912 8900
Fax  202 912 8999
www.cornerstone.com

Tax I.D. #94-3092543


Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326


**Re:  AppForge, Inc. v. Extended Systems, Inc. et al.**


PROFESSIONAL FEES AND EXPENSES
JANUARY 2006

**14180.01-**

| | |
|---|---|
| Professional Fees | $  287.00 |
| Expenses | $  0.00 |
| **Sub-Total** | **$  287.00** |
| **Grand Total for All Matters** | **$  287.00** |


PAYABLE ON RECEIPT, PLEASE REMIT TO:

Cornerstone Research
353 Sacramento Street, 19th Floor
San Francisco, CA  94111-3656


Payable upon receipt.
One and one half percent per month finance charge on all
outstanding balances over 60 days past due.

***REMITTANCE COPY***

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC

CORNERSTONE RESEARCH

APPFORGE, INC.
JANUARY 2006
PROFESSIONAL FEES

|  | Hours | Rate | Fees |
|---|---|---|---|
| Mary Woodford<br>Vice President | 0.70 | $410.00 | $287.00 |
| Total Fees |  |  | $287.00 |

CORNERSTONE RESEARCH

*Time Detail*

*Mary Woodford*
*Re: AppForge, Inc. v. Extended Systems, Inc. et al.*
*14180.01-*

| Date | Activity | Hours |
|------|----------|-------|
| 12/14/05 | Teleconference with counsel and follow up. | 0.70 |
| | **Total Hours:** | **0.70** |

# CORNERSTONE RESEARCH

353 Sacramento Street, 19th Floor
San Francisco, CA 94111-3656
Tel 415.229.8100
Fax 415.229.8199
www.cornerstone.com

YTS % Prejudgment Interest-Monthly Calculation
July 10, 2007
Tax I.D. #94-3092543

Megan Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326

Outstanding Balance Report as of 7/10/2007

Prect# 14180

AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.

| Invoice # | Invoice Date | Invoice amount | Eligible interest % per invoice 18 % per year or 1.5 % per month) | Full months past due (60 days after invoice date) | Full Month interest due per diem | Partial month due in days for partial month | Total Interest earned at eligible interest rate | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 26,880.20 | 1.5% | 9/18/2005 | 21 | 22 | 8,758.89 | 35,639.09 |
| 21090 | 9/17/2005 | 43,399.44 | 1.5% | 11/17/2005 | 19 | 23 | 12,861.10 | 56,260.54 |
| 21517 | 10/10/2005 | 37,764.31 | 1.5% | 12/10/2005 | 19 | 0 | 10,762.83 | 48,527.14 |
| 22298 | 12/7/2005 | 221.90 | 1.5% | 2/7/2006 | 17 | 3 | 56.91 | 278.81 |
| 2364 | 2/14/2006 | 287.00 | 1.5% | 4/14/2006 | 14 | 26 | 63.95 | 350.95 |
| | | $108,552.85 | | | | Total | 32,503.68 | $141,056.53 |

For Per Diem Calculation

| Invoice # | Invoice Date | Invoice amount | Eligible interest % 1.5% per month or 18 % per year | Days per year | Interest per diem | Total per diem for partial month |
|---|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 26,880.20 | 18.0% | 365 | 13.26 | 291.63 |
| 21090 | 9/17/2005 | 43,399.44 | 18.0% | 365 | 21.41 | 492.43 |
| 21517 | 10/10/2005 | 37,764.31 | 18.0% | 365 | 18.62 | - |
| 22298 | 12/7/2005 | 221.90 | 18.0% | 365 | 0.11 | 0.33 |
| 2364 | 2/14/2006 | 287.00 | 18.0% | 365 | 0.15 | 3.90 |
| | | $108,552.85 | | Total | $53.55 | 788.29 |

Includes payments posted to your account through 7/10/2007

Please remit to:
Cornerstone Research
353 Sacramento St., 19th Floor
San Francisco, CA 94111
Telephone contact: Marcella Ramsey
(415) 229-8152
Payable Upon Receipt

**ATTACHMENT 2**

CORNERSTONE RESEARCH
353 Sacramento Street, 19th Floor
San Francisco, CA 94111-3656
Tel 415.229.8100
Fax 415.229.8199
www.cornerstone.com

**6% Prejudgment Interest-Monthly Calculation**
July 10, 2007
Tax I.D. #94-3092543

John Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326
Outstanding Balance Report as of   7/10/2007

Ref# 14180
AppForge, Inc. v. Extended Systems, Inc. et al.; AppForge, Inc. v. Extended Systems, Inc., et al.

| Invoice # | Invoice Date | Invoice amount | Eligible interest % per invoice (6 % per year or .5% per month) | Full months past due (60 days after invoice date) | Full Month interest due per diem | Partial month due in days for interest due | Total Interest earned at eligible interest rate | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 26,880.20 | 0.5% | 9/18/2005 | 21 | 22 | 2,919.63 | 29,799.83 |
| 21090 | 9/17/2005 | 43,399.44 | 0.5% | 11/17/2005 | 19 | 23 | 4,287.03 | 47,686.47 |
| 21517 | 10/10/2005 | 37,764.31 | 0.5% | 12/10/2005 | 19 | 0 | 3,587.61 | 41,351.92 |
| 22298 | 12/7/2005 | 221.90 | 0.5% | 2/7/2006 | 17 | 3 | 18.97 | 240.87 |
| 2364 | 2/14/2006 | 287.00 | 0.5% | 4/14/2006 | 14 | 26 | 21.32 | 308.32 |
| | | $108,552.85 | | | | Total | 10,834.56 | $119,387.41 |

**For  Per Diem Calculation**

| Invoice # | Invoice Date | Invoice amount | Eligible interest % per invoice at .5% per month or 6 % per year | Days per year | Interest per diem | Total per diem for partial month |
|---|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 26,880.20 | 6.0% | 365 | 4.42 | 97.24 |
| 21090 | 9/17/2005 | 43,399.44 | 6.0% | 365 | 7.14 | 164.22 |
| 21517 | 10/10/2005 | 37,764.31 | 6.0% | 365 | 6.21 | - |
| 22298 | 12/7/2005 | 221.90 | 6.0% | 365 | 0.04 | 0.12 |
| 2364 | 2/14/2006 | 287.00 | 6.0% | 365 | 0.05 | 1.30 |
| | | $108,552.85 | | Total | $17.85 | 262.88 |

Includes payments posted to your account through   7/10/2007

Please remit to:
Cornerstone Research
353 Sacramento St., 19th Floor
San Francisco, CA 94111
Telephone contact: Marcella Ramsey
(415) 229-8152
Payable Upon Receipt

**ATTACHMENT 3**

# CORNERSTONE RESEARCH

1875 K Street, N.W., Suite 600
Washington, DC 20006
Tel 202.912.8900
Fax 202.912.8999
www.cornerstone.com

March 9, 2006

Mr. Graham Wood
Chief Financial Officer
AppForge, Inc
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA 30326

**Re: AppForge, Inc. v. Extended Systems, Inc. et al.**

Dear Mr. Wood:

Attached is our statement of outstanding invoices related to services provided in the above-captioned litigation.

As you can see, the balance is long past due. I have understood from Cooley Godward that AppForge was seeking an additional round of financing, and that payment would be forthcoming. I contacted you recently seeking assurances that would be the case. Having had no answer, I am writing this letter you.

Cornerstone has not pressed for payment in light of what we understood to be AppForge's circumstances. However, given the passage of time and the lack of communication from you, I must ask that you process payment immediately. I will be happy to answer any questions you may have.

Sincerely,

Mary Woodford
Vice President

Enclosure

cc: Robert T. Cahill, Esq.; Ken Wiles

Boston, MA
Los Angeles, CA
Menlo Park, CA
New York, NY
San Francisco, CA
Washington, DC



EXHIBIT
2



# CORNERSTONE RESEARCH

353 Sacramento Street, 19th Floor
San Francisco, CA 94111-3656
Tel 415.229.8100
Fax 415.229.8199
www.cornerstone.com

March 9, 2006

Tax I.D. #94-3092543

Ken Wiles
AppForge, Inc.
Tower Place 200
3348 Peachtree Road, N.E.
Suite 625
Atlanta, GA  30326

Outstanding Balance Report as of 3/9/2006

Acct#    14180

**Re:  AppForge, Inc. v. Extended Systems, Inc., et al.**

| Invoice Number | Invoice Date | Days Outstanding | Invoice Amount | Payment Received | Balance Due |
|---|---|---|---|---|---|
| 20144 | 7/18/2005 | 234 | 26,880.20 | - | 26,880.20 |
| 21090 | 9/14/2005 | 176 | 43,399.44 | - | 43,399.44 |
| 21517 | 10/10/2005 | 150 | 37,764.31 | - | 37,764.31 |
| 22298 | 12/7/2005 | 92 | 221.90 | - | 221.90 |
| 23264 | 2/14/2006 | 23 | 287.00 | - | 287.00 |
| | | Total | $108,552.85 | - | $108,552.85 |

Includes payments posted to your account through 3/9/2006

Please remit to:
Cornerstone Research
353 Sacramento St., 19th Floor
San Francisco, CA 94111
Telephone contact:  Marcella Ramsey
(415) 229-8152
Payable Upon Receipt

**Dorothy A. Reed**

| | |
|---|---|
| **From:** | Graham Wood [graham.wood@appforge.com] |
| **Sent:** | Tuesday, March 14, 2006 4:27 PM |
| **To:** | Woodford, Mary |
| **Subject:** | Letter & O/S amount |

Dear Ms. Woodford,

I am in receipt of your letter of March 9, 2006 and wish to apologize for the seeming non-response to your query. I have not seen previous correspondence. Please ensure all correspondence is directed to my attention in the future.

Mr. Cahill is, in fact, correct that AppForge was seeking additional funding and as of less than two weeks ago, we partially closed on a round. Frankly, I have been solely focused on the funding effort as I trust you can appreciate. While we do have a partial round just completed, I want to see your firm paid for the services rendered in a timely fashion along with keeping my cash flow forecast to my investors on target. These issues are difficult to deal with at best.

To put it bluntly, I am asking Cornerstone to accept payment terms on the outstanding balance along with a small discount. I propose to make nine monthly payments in the amount of $11,000.00 beginning April 1, 2006 and ending December 1, 2006 for a total of $99,000.00. If my cash flow permits, I will accelerate future payments but cannot promise such.

As this matter is between AppForge and Cornerstone, I request that discussion regarding payments is to be kept confidential between us.

I trust you will give my proposal serious consideration. The firm appreciates your understanding and patience to date. I look forward to hearing back from you so we can begin the payment stream. Please contact me at the number below should you wish to discuss this further otherwise, if you agree to my proposal; please indicate so by return email in the affirmative.

Best regards,

Graham Wood

SVP, CFO

AppForge, Inc.

678-686-9110 Direct

770-330-5419 Mobile

770-234-6942 Fax