UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNERSTONE RESEARCH, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>APPFORGE, INC.<br><br>  Defendant. | Civil Action No. 07-171 (CKK) |

**ORDER**
(November 13, 2007)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 13th day of November, 2007, hereby

**ORDERED** that Plaintiff's [9] Motion for Default Judgment is GRANTED; it is further

**ORDERED** that Defendant is liable to Plaintiff in the amount of $141,056.53; it is further

**ORDERED** that post-judgment interest shall accrue at the legal rate; and it is further

**ORDERED** that this case is DISMISSED.

*This is a final, appealable order*.

/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge